[No. 5317–1.   Division One.   March 6, 1978.]

THE STATE OF WASHINGTON, *Appellant,* v. ISAIAH J. ABNEY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 73510, Edward E. Henry, J., entered January 7, 1977. *Affirmed* by unpublished per curiam opinion.

[Nos. 6168–1; 6332–1.   Division One.   March 6, 1978.]

BRUCE A. McLEAN, *Respondent,* v. COLORTRONIC, INC., *Petitioner.*

BRUCE A. McLEAN, *Respondent,* v. COLORTRONIC, INC., *Appellant.*

Appeals from a judgment of the Superior Court for Pierce County, No. 257865, James V. Ramsdell, J., entered December 16, 1977. *Reversed* by unpublished per curiam opinion.

[No. 2675–2.   Division Two.   March 8, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS S. HANSON, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 4743, D. J. Cunningham, J., entered November 22, 1976. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Reed and Soule, JJ.